UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THOMAS G. TUCKER,                                    Civ. No.: 07 Civ. 10367

                           Plaintiff,         **AFFIDAVIT OF SERVICE**

     -against-

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF HEALTH AND MENTAL HYGIENE,
DR. ROBERT HOFFMAN, MARIA ZAMPELLA, and
THOMAS R. FRIEDEN,

                           Defendants.
-----------------------------------------------------------------X

    I, JEFFREY ROSENBERG, being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and reside in New York State.

    On the 5th day of December, 2007, at 10:00 am at 100 CHURCH STREET, NEW YORK, NY 10007, I served the within SUMMONS AND COMPLAINT by delivering a true copy thereof personally to TAMEKIA MENDES-GAMMON, who indicated that she was authorized to accept service on behalf of THE CITY OF NEW YORK.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate Age: 30
Color of Skin: BLACK
Color of Hair: BLACK
Sex: F

Dated: New York, New York
        December 5, 2007

                                           _____
                                           Jeffrey Rosenberg

Sworn to before me this

_5_ day of _December_, 2007

_____
Notary Public

WALKER G. HARMAN JR.
Notary Public, State of New York
No. 02HA00... 
Qualified in New York County
Commission Expires 12/04/...