UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

THOMAS G. TUCKER,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF HEALTH AND MENTAL HYGIENE,
DR. ROBERT HOFFMAN, MARIA ZAMPELLA, and
THOMAS R. FRIEDEN,

                              Defendants.

------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 CV 10367 (NRB)(JCF)

      **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent the defendant the City of New York and the New York City Department of Health and Mental Hygiene in the above-referenced action.

      Accordingly, I respectfully request that any future correspondence or ECF notifications relating to this matter be addressed to me, and that Christopher L. Heer's name be inserted as Lead Counsel on the Docket Sheet.

Dated:     New York, New York
              December 21, 2007

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the
                                      City of New York
                                      Attorney for Defendants
                                      100 Church Street, Room 2-317
                                      New York, N.Y. 10007
                                      (212) 788-0960
                                      cheer@law.nyc.gov

                            By: _____
                                      Christopher L. Heer (CH 1086)
                                      Assistant Corporation Counsel

07 Civ. 10367 (NRB)(JCF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS G. TUCKER,

                      Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, DR. ROBERT HOFFMAN, MARIA ZAMPELLA, and THOMAS R. FRIEDEN,

                      Defendants.

## NOTICE OF APPEARANCE

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street, Room 2-317*
*New York, New York 10007-2601*

*Of Counsel: Christopher L. Heer*
*Tel.: 212-788-0960*
*NYCLIS No.: 2007-039695*

*Due and timely service is hereby admitted.*

New York, N.Y. .................................................., 2007.

.................................................. *Esq.*

*Attorney for*..................  ..................................