

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET, Room 2-317
NEW YORK, NY 10007

CHRISTOPHER L. HEER
phone (212) 788-0960
fax (212) 788-0940
email cheer@law.nyc.gov

December 21, 2007

**BY ECF**
Honorable Naomi R. Buchwald
United States District Judge
United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

27

Re: Tucker v. City of New York et al.
07 Civ 10367 (NRB) (JCF)

Dear Judge Buchwald:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel for the City of New York, assigned to represent defendants the City of New York and the New York City Department of Health and Mental Hygiene ("City Defendants") and write to respectfully request an extension of the time to respond to the complaint filed in the above-referenced action. Plaintiff served the City Defendants with a summons and complaint on December 5, 2007 and their response is due on or before December 26, 2007. Walker G. Harman, plaintiff's counsel, has consented to City Defendants' request for an extension of time. This is City Defendants' first request for an extension of time.

    With respect to service of the individual defendants Dr. Robert Hoffman, Maria Zampella and Commissioner Thomas Frieden, Mr. Harman has advised me that he has not served them but intends to do so shortly. Once they have been served, this office will determine pursuant to General Municipal Law 50-k whether or not this office can represent them.

    In order to respond to the complaint on behalf of the City Defendants, which must be grounded in knowledge, information and belief formed after reasonable inquiry, as required by Rule 11 of the Federal Rules of Civil Procedure, I must identify, locate and interview those persons with knowledge of the allegations set forth in the complaint. In addition, I must identify, locate and review any documents relevant to plaintiff's claims. An extension of time will provide us with sufficient time to investigate Plaintiff's allegations and to review documents that might be relevant to this action. In addition, once the individual defendants are served, the

additional time will allow this office to determine whether or not the individual defendants will be represented by this office.

For the foregoing reasons, City Defendants respectfully request an extension of time to January 25, 2008 to respond to the complaint to fulfill their obligations and to respond meaningfully to the allegations asserted against them.

Thank you for your consideration of this request.

*Application Granted. So Ordered.*

*[signature] USDJ 1/4/08*

Respectfully yours,

*[signature]*

Christopher L. Heer (CH 1086)
Assistant Corporation Counsel

cc:   **By ECF**
      Walker G. Harman, Esq.
      1350 Broadway, Suite 1510
      New York, New York 10018

2