**MEMO ENDORSED**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET, Room 2-125
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

CHRISTOPHER L. HEER
Phone: (212) 788-0960
Fax: (212) 788-8877
Email: cheer@law.nyc.gov

July 7, 2008

**BY FACSIMILE**
Honorable Naomi R. Buchwald
United States District Judge
United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
JUL - 7 2008
UNITED STATES DISTRICT JUDGE

      Re:  Tucker v. City of New York et al.
            07 Civ. 10367 (NRB) (JCF)

Dear Judge Buchwald:

      I write to Your Honor concerning a discovery dispute that has arisen in the instant matter. On June 4, 2008, plaintiff served a subpoena in the above referenced action upon Ms. Marie-France Vincent, a non-party employee of the City of New York, Department of Health and Mental Hygiene, requiring Ms. Vincent's appearance at a deposition scheduled for July 8, 2008 at 10:00 a.m. However, I was advised today by Ms. Vincent that she is unable to appear at the scheduled deposition due to a family medical emergency.

      In an attempt to resolve the issue absent this Court's intervention, Ms. Vincent wrote both to plaintiff's counsel and I requesting that the deposition be rescheduled to July 23, 2008 at 10:00 a.m. (letter annexed hereto). Additionally, I requested that plaintiff's counsel and I contact the Court in an attempt to resolve this matter via a telephone conference. Plaintiff's counsel declined to participate in a conference call to this Court and further does not consent to

**MEMO ENDORSED**

any adjournment request by Ms. Vincent. Defendants respectfully request that a short adjournment be granted and that Ms. Vincent be permitted to appear for a deposition on July 23, 2008 at 10:00 a.m. instead of tomorrow.

Thank you for your consideration of this matter.

Respectfully yours,

Christopher L. Heer (CH 1086)
Assistant Corporation Counsel

*So Ordered.*
*[signature]*
*USDJ*
*7/7/08*

cc:    **By FACSIMILE**
       Walker G. Harman, Esq.
       1350 Broadway, Suite 1510
       New York, New York 10018
       (212) 971-0417