# THE HARMAN FIRM, PC
### ATTORNEYS & COUNSELORS AT LAW

1350 BROADWAY, SUITE 1510, NEW YORK, NY 10018
TELEPHONE 212 425 2600  FAX 212 971 0417
WWW.THEHARMANFIRM.COM

**MEMO ENDORSED**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

August 15, 2008

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

AUG 15 2008

UNITED STATES DISTRICT JUDGE

**VIA FACSIMILE (212-805-7927)**

Honorable Naomi R. Buchwald
United States District Judge
United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

                Re:    Tucker v. City of New York, et al.
                     07 Civ. 10367 (NRB)(JCF)

Dear Judge Buchwald:

    I represent the plaintiff in the above-referenced action. As per your Honor's directives, I write to inform your Honor that I have conferred with opposing counsel and both parties have agreed on the following briefing schedule with respect to Plaintiff's Motion to Compel:

    i)    Plaintiff will file his motion on or before August 22, 2008;

    ii)    Defendants will submit their opposition on or before September 1, 2008; and

    iii)    Plaintiff will submit his reply on or before September 8, 2008.

    Thank you for your attention to this matter. Of course, should your Honor have any questions or concerns, please do not hesitate to contact the undersigned.

*So Ordered.*
*Naomi Reice Buchwald*
*USDJ*
*8/18/08*

Respectfully submitted,

*Walker G. Harman*

Walker G. Harman, Jr.

Cc:    Christopher L. Heer, Esq.